E-FILED
Friday, 24 January 2020 03:10:58 PM
Clerk, U.S. District Court, ILCD

AO 91 (Rev. 11/11)  Criminal Complaint

## UNITED STATES DISTRICT COURT
### for the
### Central District of Illinois

JAN 2 4 2020

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| United States of America | ) |
| v. | ) |
| | ) Case No. |
| | ) 20-MJ- 3006 |
| | ) |
| Stephen J. Myers | ) |
| | ) |
| Defendant(s) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___1/8/2020 through 1/24/2020___ in the county of ___Montgomery___ in the ___Central___ District of ___Illinois___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §2422(b) | Enticement and/or Attempted Enticement |

This criminal complaint is based on these facts:

See attached affidavit.

☐ Continued on the attached sheet.

s/ Anthony Wright

_____
Complainant's signature

Anthony Wright, Special Agent, FBI
_____
Printed name and title

Sworn to before me and signed in my presence.

Date: ___01/24/2020   2:15 pm___

s/ Sue E. Myerscough

_____
Judge's signature

City and state: ___Springfield, IL___

Sue E. Myerscough, U.S. District Court Judge
_____
Printed name and title

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**



FILED

JAN 24 2020

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA, )
　　　　　　　　　　　　　　　)
　　　　Plaintiff,　　　　　　)
　　　　　　　　　　　　　　　)
　　　　v.　　　　　　　　　　)　　Case No. 20-MJ- 3006
　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　)
Stephen J. Myers,　　　　　　)
　　　　　　　　　　　　　　　)
　　　　Defendant.　　　　　　)

## CRIMINAL COMPLAINT

I, Anthony Wright, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

1.　I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been since May 12, 2019. As part of my duties, I investigate violations of federal law, including the online exploitation of children, particularly in relation of violations of Title 18, United States Code, Sections 1591, 2251, 2252A, and 2422 which criminalize, among other things, the production, advertisement, possession, receipt, transportation of child pornography, individuals attempting to persuade, induce, and entice

1

minors to engage in sexual activity, and underage prostitution. I have gained experience in the conduct of such investigations through training in classes and work related to conducting these types of investigations. I have been involved in multiple search warrants, and arrests. As a federal agent, I am authorized to investigate and assist in the prosecution of violations of laws of the United States, and to execute search warrants and arrest warrants issued by federal courts.

2.  The statements contained in this affidavit are based on my personal knowledge as well as on information provided to me by other law enforcement officers. This affidavit is being submitted for the limited purpose of securing an arrest warrant, and I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that **STEPHEN J. MYERS (MYERS)** committed the violation of violations of Title 18, United States Code, Sections 2422(b), in that **MYERS** knowingly attempted to persuade, induce, entice, and coerce an individual who had not attainted the age of 18 years, to engage in sexual activity under such circumstances as would constitute a criminal act under

720 ILCS 5/11-6.5 (Indecent Solicitation of an Adult), in violation of Title 18, United States Code, Section 2422(b).

## STATUTORY AND LEGAL AUTHORITY

3.   This investigation concerns violations of Title 18, United States Code, Section 2422(b), relating to the enticement or the attempted enticement of minors to engage in prostitution or any sexual activity for which any person can be charged.  Based upon my training and experience, as well as conversations with other experienced law enforcement officers and experienced federal prosecutors, I know the following:

   a. 18 U.S.C. §2422(b) prohibits using any facility or means of interstate commerce to knowingly persuade, induce, entice or coerce any individual who has not attainted the age of 18 years, to engage in prostitution or any sexual activity for which any person can be charged, or attempt to do so.

   b. The internet is a facility of interstate commerce.

### Definition of Terms

4.   The following terms used in this affidavit have the indicated meaning in this affidavit:

3

a. The term "minor" is defined at 18 U.S.C § 2256(1) as any person under the age of eighteen years.

b. The term "sexually explicit conduct" is defined at 18 U.S.C. § 2256(2)(A) as actual or simulated – (i) sexual intercourse, including genital-genital, oral-genital, anal-genital, or anal-oral, whether between person of the same or opposite sex; (ii) beastiality, (iii) masturbation; (iv) sadistic or masochistic abuse; or (v) lascivious exhibition of the genitals or pubic area of any person.

c. The term "computer" is defined as set forth in 18 U.S.C. § 1030(e)(1).

## Investigation

5.    On January 8, 2020, an FBI Online Covert Employee (OCE) was conducting an undercover investigation on the Whisper mobile application. Whisper is a social media application. Whisper allows for private messages between users. OCE's profile had a description stating "My dau and I are looking for some fun."

6.    On January 8, 2020, a user with no screen name, later identified as **STEPHEN MYERS (MYERS)**, messaged the OCE on the

Whisper mobile application. Below is an excerpt from the conversation:

| MYERS | How old ur daughter |
| --- | --- |
| OCE | Really young |
| MYERS | like how young |
| OCE | Well are you into taboo and no limits |
| MYERS | Yea |
| MYERS | I like young |
| OCE | Shes 10 |
| MYERS | Nice never been with someone her age |
| OCE | Sweet |
| OCE | Did you want to |
| OCE | It's not free though |
| OCE | 250 if you want her alone or 150 if I get to watch |
| MYERS | Wat the catch |
| MYERS | Could I see a pic of her |
| OCE | Yea but how do I know your real |
| MYERS | Wat u mean |
| MYERS | Pic for pic |
| OCE | What you going to send? |
| MYERS | Face |
| MYERS | So I wouldn't mind u watching |
| OCE | Hold up your hand like (hand signal) then I'll know your real |
| MYERS | K so can I see a pic of her then |
| OCE | Yea let's see you first |
| MYERS | -MYERS sends a picture of face- |

5

| MYERS | Ur turn |
|---|---|
| OCE | you didn't do the (Hand signal) |
| MYERS | *-MYERS sends photo of same face holding up the hand signal-* |
| MYERS | Would u wanna join |
| MYERS | Has she already had sex |
| OCE | I just haven't done anal with her |
| MYERS | Would I get to |
| OCE | Anal? Or fuck her pussy |
| MYERS | Do both |
| MYERS | Would I get to bust inside her |
| MYERS | ? |
| OCE | Yea you cam but anal might be tough |
| OCE | No pain though |
| MYERS | She swallow |
| OCE | She tries but not very good at swallowing yet |
| MYERS | K would u wanna dp her or just watch |
| OCE | I just want to watch |
| MYERS | Could we film it |
| MYERS | So I could watch it later |
| OCE | Yea |
| OCE | You could but you have to be discreet |
| OCE | You want the 150 or the 250 |
| MYERS | 150 so u could film me pounding her |
| OCE | You gotta camera or just use your phone? |
| MYERS | Probably use my phone unless u got a camera |
| MYERS | I got a daughter also but she not old enough for me to do anything with |

| OCE | Damn! How old? |
|---|---|
| **MYERS** | Only a month |
| **MYERS** | When she turns 3 I'm gonna have her learn to suck me |
| **MYERS** | So would we be able to meet next month? |
| **MYERS** | Yea but sucks I gotta wait til she 3 |
| OCE | If you want it sooner let me know |
| **MYERS** | Would we be doing it at ur place or u coming to me |
| OCE | Either could work. How far are you from Peoria? |
| **MYERS** | Like an 1hr |
| OCE | That's alittle far, maybe meet halfway |
| **MYERS** | I can come to ur place does ur wife live with u |
| OCE | She does which would make it alittle tough |
| **MYERS** | Does she know u fuck her |
| OCE | No, she has no idea |
| **MYERS** | That ur only daughter |
| OCE | Yea |

The OCE gave the **MYERS** his phone number to continue the conversation.

7.    Between January 9, 2020, and January 13, 2020, **MYERS** at phone number 217-993-4034, exchanged text messages with the OCE. Below is an excerpt from the conversation:

| **MYERS** | Hey it me |
|---|---|

7

| | |
|---|---|
| OCE | Cool! |
| **MYERS** | So tell me how u started |
| OCE | It started with her just sitting on my lap and me getting a boner |
| OCE | And then eventually I had her touch it through my pants and said it was my magic finger |
| OCE | Plus she always gets ice cream afterwarda |
| **MYERS** | So would anyone knw that I fuck her brains out |
| **MYERS** | Cuz don't want anyone else to knw |
| OCE | Sorry, wife was around. And no one will find out |
| **MYERS** | Any chance I could get to knw ur daughter |
| OCE | How do you want to do that? |
| **MYERS** | She have a phone or kik |
| **MYERS** | Was wanting to talk to her now if that possible |
| OCE | I can get an app for her to text |
| **MYERS** | Their Snapchat |
| **MYERS** | My sn is nightfrost34 it automatically deletes messages after reading |
| OCE | I'm not sure yet. Probably just a texting app that I can hide on the tablet |
| OCE | 15? So why a 10yo? |
| **MYERS** | Cuz I wanna see wat it like with one so when my ' daughter turns 10 |
| OCE | You take any pics of your dau? |
| **MYERS** | Steven and no I don't |

8

| MYERS | So will she be willing |
|---|---|
| OCE | yeah she will |
| OCE | what kind of phone do you have? Does it have a good camera? |
| MYERS | I'll have an iphone 11 when we meet |
| OCE | Nice |
| OCE | How do you think you'll play |
| MYERS | Could I talk to her then |
| OCE | So I setup a texting app on her tablet, I'm only letting her use the texting app when her mom isn't home so her mom will he home around 6ish today so she can talk when she gets out of class |
| OCE | 309 245 1285 is the number |
| OCE | She will he home around 330 |
| MYERS | Does she knw I'll be messaging her |
| OCE | I told her yesterday that a friend of mine will message you. |
| OCE | What are you gonna talk to her about? |
| MYERS | Just about wat she likes and about me sleeping with her |
| MYERS | That ok? |
| OCE | That's cool |
| OCE | I call it playtime with her |
| OCE | which means fucking and sucking |
| OCE | but playtime sounds nicer with her |
| MYERS | How many other guys has she been with |
| MYERS | Wat if she doesn't let me? |
| OCE | She will |
| MYERS | If doesn't could I still do it? |

9

| OCE | What? |
|---|---|
| **MYERS** | Wat if she changes her mind |
| OCE | She wont change her mind, you'll get your money's worth |
| **MYERS** | Should I send a message now to her tablet |
| **MYERS** | K I sent her a message |
| OCE | Cool |
| OCE | Let me know |
| **MYERS** | She message back |
| **MYERS** | I told her if she a good girl and takes me in all her holes we would take her for ice cream |
| OCE | That's good |
| OCE | She really likes ice cream |
| **MYERS** | How long can she last |
| **MYERS** | Wish I could fuck het now and pay later lol |
| OCE | Lol how much longer till you get the money? |
| OCE | I really need cash so I might be willing to make a discount if you will be a repeat customer |
| **MYERS** | Well I'll have it once I file my taxes that way I don't have to explain wat happen to 150 dollars |
| **MYERS** | I wanna be one |
| OCE | I'll let you do it for 50 but the next time you pay 150 so youll get 2 times for 200 |
| **MYERS** | I have to see how much my check is I might be able to do that and I would need ur address |
| OCE | My place may not be the best. What about like my minivan. It has tinted windows |

| | |
|---|---|
| **MYERS** | Well could u guys come here cuz I got a garage we can do this in |
| OCE | What's your address? |
| **MYERS** | I live in nokomis |
| **MYERS** | I would meet u at Kroger's and have u follow me to my place |
| **MYERS** | Could probably do 60 and there a dq down the road |
| **MYERS** | If u came here |
| **MYERS** | Why couldn't u do it on like a Tuesday or Wednesday |
| **MYERS** | And I kinda want to turn her into a sandwich |
| OCE | I'd have to check bout next week |
| **MYERS** | Why couldn't u tell her ur taking her on an outing |
| **MYERS** | K cuz I would love to spit roast her |
| **MYERS** | I'm gonna fuck her limp |
| OCE | Just cant cause a lot of pain |
| **MYERS** | I'll try not to and if u were able to come here I was gonna say Wednesday night. But since that wont happen I was thinking next week like Wednesday |
| OCE | What kind of excuse think I could use |
| **MYERS** | Well u could say ur going to see family |
| **MYERS** | Wat positions have you done |
| OCE | Is your phone still gonna work good for the camera |
| **MYERS** | Yea |
| **MYERS** | All there is in my garage is a floor so I need ur help holding her up for positions I wanna try |

11

| OCE | What do you do? |
|---|---|
| **MYERS** | Cook |

8.    On January 9, 2020, **MYERS**, using the same phone number of 217-993-4034, sent text messages to who he believed was the 10 year old minor referenced in the Whisper chat. **MYERS** was in fact texting with the OCE. Below is an excerpt from the conversation:

| **MYERS** | Hi I'm ur friend of ur dad |
|---|---|
| OCE | Hi |
| **MYERS** | I'm Steven |
| **MYERS** | What ur name |
| OCE | I'm Lindsey |
| **MYERS** | So I been talking to ur dad about u |
| **MYERS** | Was talking about him watching me having playtime with u |
| OCE | O r u going 2 use ur magic finger |
| **MYERS** | Ya |
| **MYERS** | In all three of ur little holes |
| OCE | All 3? |
| **MYERS** | Ur mouth the hole between ur legs and ur butt |
| OCE | Never had it in my butt |
| **MYERS** | I knw but u will when we meet |
| OCE | Will that feel good |
| **MYERS** | Yes |
| **MYERS** | It will hurt at first |
| **MYERS** | I would go slow till it all the way in |

12

| | |
|---|---|
| OCE | Ok I'll try it |
| **MYERS** | U just have to endure til it goes all the way in and then I would move it in and out slow at first |
| **MYERS** | How much u weigh |
| OCE | 72 |
| OCE | Will u take me 4 icecream after |
| **MYERS** | K I'll have no problem picking u up and sliding u on my magic stick |
| OCE | U can pick me up |
| **MYERS** | Sure if ur good girl and take me in all ur holes |
| **MYERS** | Yea I can |
| **MYERS** | Can u send me a pic of u |
| OCE | [OCE sends image of purported minor child's face] (Does not depict a real child) |
| **MYERS** | Ur cute |
| OCE | Ty |
| **MYERS** | I really can't wait to see ur expression as I'm going deep inside u and having ur mouth wrapped around my magic stick |
| OCE | I just want icecream after |
| **MYERS** | [MYERS sends photo of himself] |
| **MYERS** | U will get iceream after I'm done with u |
| OCE | Is that u |
| **MYERS** | Yea |
| OCE | I like ur hair |
| **MYERS** | Thanks |
| **MYERS** | Wat the longest ur daddy fucked u |
| OCE | Idk like an hour |

13

| OCE | How old r u |
|---|---|
| **MYERS** | K well I'll be fucking u longer than an hour and I'm 32 |
| **MYERS** | WBU |
| OCE | 10 |
| OCE | Will u make me feel good |
| **MYERS** | Nice u will be the youngest I been with |
| **MYERS** | Yes I will |
| OCE | I want 2 feel good 2 |
| **MYERS** | Wat ur favorite position and are u looking forward to have another man go inside u while ur dad watches |
| OCE | I like when he licks me |
| **MYERS** | Nice |
| **MYERS** | Are u on top or bottom |

9.    Between January 14, 2020, and January 24, 2020, **MYERS** at phone number 217-993-4034, exchanged text messages with the OCE. Below is an excerpt from the conversation:

| **MYERS** | Yea I'm sorry I'll leave u alone I really wanted to see wat it like to be with someone her age but ig I got wait til my daughter that age cuz I'm never gonna find anyone else to. I'm not making an excuse I got my check and after I pay everything I'll have enough money for food and gas. |
|---|---|
| OCE | I got ya. If your willing to pay 20 bucks which would be my gas money and pay me the rest the 2nd time, we can make this work. |

14

| MYERS | That I might be able to do I'll let u know |
|---|---|
| OCE | Cool.just making sure. I don't want us getting caught lol |
| MYERS | Yea I don't either haven't been to jail trying to keep it that way |
| MYERS | Part of me wants her to be unwilling at first I knw that probably weird |
| MYERS | Hope she can deep throat |
| MYERS | Well I' gonna be shoving her whole head all the way down on it |

10. A search of a public database revealed that telephone number 217-993-4034, was used by **STEPHEN MYERS** with an address of 209 N. Oak St, Nokomis, IL 62075.

11. **MYERS** planned to meet the OCE on January 15, 2020, in Nokomis. However, **MYERS** told OCE that he had issues with his HVAC system which was confirmed by surveillance. **MYERS** then stated he was going to the laundromat and would not be able to meet up which was also confirmed by surveillance.

12. On January 19, 2020, **MYERS** made plans to meet with the OCE in Springfield, Illinois. **MYERS** and OCE agreed that **MYERS** would pay twenty dollars for sex with the minor. **MYERS** took a picture of a twenty dollar bill and sent it to the OCE.

15

13. On January 23, 2020, **MYERS** stated that he worked overnight and would not have the twenty dollars until Monday night but that he still wanted to meet and have sex with the minor. The OCE and **MYERS** agreed that **MYERS** would bring seven dollars in order to purchase the sex. **MYERS** and the OCE agreed to meet at the Blue Margarita in Springfield so **MYERS** could follow the OCE back to a location where **MYERS** could have sex with the minor.

14. On January 24, 2020, at approximately 6:15 a.m., Special Agents observed a 2015 Volkswagen Passat, which matched the type of vehicle known to be owned by **MYERS**, pull into the Blue Margarita parking lot located at 3151 Horizon Drive, Springfield, Illinois 62703. The vehicle then exited the parking lot and was stopped by Springfield Police Department. Special Agents identified themselves and placed **MYERS** into custody.

15. **MYERS** was transported to the Springfield FBI field office and was advised of his *Miranda* rights and agreed to speak with Special Agents. **MYERS** stated he was the one having the conversation with OCE and met OCE on the application Whisper. **MYERS** stated he was there to fulfill his curiosity. **MYERS** was going to call the police if the OCE and Lindsey were there. **MYERS** stated

16

he did not call the police or report to anyone the conversations with OCE because he wanted to make sure they were real before he reported.

## CONCLUSION

16.   Based on the foregoing, I submit that there is probable cause to believe that between January 8, 2020, and January 24, 2020, **MYERS** using a facility and means of interstate commerce, specifically an iPhone 6 mobile phone, to access the Internet, to knowingly attempt to persuade, induce, and entice an individual who had not attainted the age of 18 years, to engage in a sexual activity for which a person could be charged in violation of 18 U.S.C. 2422(b).

FURTHER AFFIANT SAYETH NOT.

s/ Anthony Wright
_____
Anthony Wright, FBI Special Agent

Sworn and subscribed to before me this 24th day of January, 2020.

2: 15 pm

s/ Sue E. Myerscough
_____
**Sue E. Myerscough**
United States District Court Judge

17